

RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(775) 784-5369/Fax
Kate_Berry@fd.org

Attorney for KAREN VEE MAGYAR

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA            ORDER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KAREN VEE MAGYAR,<br><br>    Defendant. | Case No. 3:18-cr-00023-MMD-VPC<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE[1]** |

Karen Vee Magyar, by and through her counsel of record, Kate Berry, Assistant Federal Public Defender, hereby moves this Court pursuant to 18 U.S.C. §§ 3142(c)(3) and 3145(a)(2) and the Points and Authorities herein to remove drug testing as a condition of her pretrial release. This motion is unopposed by Assistant United States Attorney Brian Sullivan and Pretrial Services Officer Jennifer Simone.

**I.    POINTS AND AUTHORITIES**

18 U.S.C. § 3142(c) (3) provides "[t]he judicial officer may at any time amend the order to impose additional or different conditions of release." Ms. Magyar has been on pretrial

---

[1] Certification: This unopposed motion to modify conditions of release is timely filed, no deadline applicable.

services supervision for over two months – since March 7, 2018. *See* ECF No. 6. As a condition of her supervision, Ms. Magyar has been subject to regular drug testing. She has complied with her drug testing, as she has with all conditions of her pretrial release, and has passed each drug test. There is no concern that Ms. Magyar has any current substance abuse issues and drug testing is particularly onerous for her due to her numerous medical needs. As a result, Ms. Magyar moves this Court to remove drug testing as a condition of her pretrial release.

Because this request is unopposed, this motion appears appropriate for disposition without a hearing.

Dated May 14, 2018.

                                    Rene L. Valladares
                                    Federal Public Defender

                          By:  */s/ Kate Berry*
                                Kate Berry
                                Assistant Federal Public Defender
                                Attorney for Karen Vee Magyar

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: May 14, 2018

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on May 14, 2018, she served an electronic copy of the above and foregoing UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE by electronic service (ECF) to the person named below:

Dayle Elieson
United States Attorney
Brian Sullivan
Assistant United States Attorney
100 W. Liberty Street, Suite 600
Reno, NV 89501

/s/ *Katrina Burden*
Employee of the Federal Public Defender